UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MANASSE RIMTOBAYE, § § § | |
| Petitioner, § § | |
| v. § | SA-23-CV-1529-FB (HJB) |
| § | |
| WARDEN RAY CASTRO, South Texas ICE Processing Center; DIRECTOR DANIEL BIBLE, San Antonio Field Office, U.S. Immigration and Customs Enforcement; and DIRECTOR LADEON FRANCIS, Chicago Field Office, U.S. Immigration and Customs Enforcement; § § § § § § § § § | |
| Respondents. § | |

**ORDER FOR RESPONSE**

Before the Court is Petitioner's Motion for Order to Show Cause. (Docket Entry 6.) Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 4.)

The motion was filed on February 5, 2024; no response has been filed. It is hereby **ORDERED** that, **on or before March 8, 2024**, Respondents must respond to Petitioner's Motion for Order to Show Cause (Docket Entry 6).

**SIGNED** on February 27, 2024.

_____
Henry J. Bemporad
United States Magistrate Judge